

# Fourth Court of Appeals
## San Antonio, Texas

January 8, 2020

No. 04-19-00416-CV

**VILT AND ASSOCIATES, P.C**. and Mediation Centers of America, L.L.C.,
Appellants

v.

Ho Kon **PARKER** and Richard T. Parker,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-19561
Honorable Rosie Alvarado, Judge Presiding

# O R D E R

Appellees have filed a motion for extension of time in which to file their brief, requesting that the filing deadline be extended to February 14, 2020. Appellees' motion is GRANTED. Appellees' brief is due on or before **February 14, 2020**. **Further requests for an extension of time in which to file appellees' brief will be disfavored.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of January, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court